# EXHIBIT D

711 Fed.Appx. 642
This case was not selected for publication in West's Federal Reporter.
See Fed. Rule of Appellate Procedure 32.1 generally governing citation of judicial decisions issued on or after Jan. 1, 2007. See also U.S.Ct. of App. Fed. Cir. Rule 32.1.
United States Court of Appeals, Federal Circuit.

CAPELLA PHOTONICS, INC., Appellant
v.
CISCO SYSTEMS, INC., Ciena Corporation, [Coriant Operations, Inc.](), [Coriant (USA) Inc.](), Fujitsu Network Communications, Inc., Lumentum Holdings, Inc., Lumentum Inc., Lumentum Operations, LLC, Appellees

2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108
|
February 12, 2018

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01166, IPR2014-01276, IPR2015-00726, IPR2015-00727, IPR2015-00731, IPR2015-00739, IPR2015-00816, IPR2015-00894, IPR2015-01958, IPR2015-01961, IPR2015-01969, IPR2015-01971.

**Attorneys and Law Firms**

[Robert Greene Sterne](), Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by [Tyler Dutton](), [Jason Daniel Eisenberg](), [Deirdre M. Wells]().

[Sarah J. Guske](), Baker Botts LLP, San Francisco, CA, argued for appellee Cisco Systems, Inc. Also represented by [Wayne O. Stacy](), Dallas, TX.

[Nathaniel T. Browand](), Milbank, Tweed, Hadley & McCloy, LLP, New York, NY, argued for appellee Fujitsu Network Communications, Inc. Also represented by [Christopher James Gaspar](); [Mark C. Scarsi](), Los Angeles, CA.

[Joel Sayres](), Faegre Baker Daniels LLP, Denver, CO, argued for appellees Lumentum Holdings, Inc., Lumentum Inc., Lumentum Operations, LLC. Also represented by [Kenneth Liebman](), Minneapolis, MN.

[Matthew J. Moore](), Latham & Watkins LLP, Washington, DC, for appellee Ciena Corporation. Also represented by [Chi Cheung](), [Clement J. Naples](), New York, NY; [Robert Steinberg](), Los Angeles, CA.

[Jonathan Pieter Van Es](), Banner & Witcoff, Ltd., Chicago, IL, for appellees Coriant Operations, Inc., Coriant (USA) Inc. Also represented by [Thomas Kent Pratt](); [Michael Steven Cuviello](), Washington, DC.

([Dyk](), [O'Malley](), and [Hughes](), Circuit Judges).

### JUDGMENT

Per Curiam

 **\*643** THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* [Fed. Cir. R. 36]().

**All Citations**

711 Fed.Appx. 642

WESTLAW © 2020 Thomson Reuters. No claim to original U.S. Government Works. 1