| | |
|---|---|
| 1 | DAVID P. ENZMINGER (SBN: 137065) |
|   | *denzminger@winston.com* |
| 2 | JAMES C. LIN (SBN: 271673) |
|   | *jalin@winston.com* |
| 3 | WINSTON & STRAWN LLP |
|   | 275 Middlefield Rd., Suite 205 |
| 4 | Menlo Park, CA  94025 |
|   | Telephone:    (650) 858-6500 |
| 5 | Facsimile:     (650) 858-6550 |
| 6 | KRISHNAN PADMANABHAN (SBN: 254220) |
|   | *kpadmanabhan@winston.com* |
| 7 | WINSTON & STRAWN LLP |
|   | 200 Park Avenue |
| 8 | New York, NY  10166 |
|   | Telephone:    (212) 294-6700 |
| 9 | Facsimile:     (212) 294-4700 |
| 10 | Attorneys for Plaintiff |
|    | CISCO SYSTEMS, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., | **Case No. 3:20-cv-01858-JSC** |
| Plaintiff, | **PLAINTIFF CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| CAPELLA PHOTONICS, INC. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Plaintiff Cisco Systems, Inc. ("Cisco"), has no parent company, and to its knowledge there is no publically held corporation owning 10% or more of its stock.

Additionally, pursuant to Civil L.R. 3-15, Defendant Cisco, by and through its undersigned counsel, certifies that as of this date, other than the named parties, no such interest is known.

| | | |
|---|---|---|
| 1 | Dated: March 19, 2020 | WINSTON & STRAWN LLP |
| 3 | | By: *K. Padmanabhan* |
| 4 | | David P. Enzminger |
| | | Krishnan Padmanabhan |
| 5 | | James Lin |
| 6 | | Attorneys for Plaintiff |
| | | CISCO SYSTEMS, Inc. |