United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPELLA PHOTONICS, INC.,<br><br>    Defendant. | Case No. 20-CV-01858-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 12 |

On March 12, 2020, Plaintiff Cisco Systems, Inc. ("Plaintiff") filed a motion to relate the above-entitled case to a previously filed case, *Cappella Photonic, Inc. v. Cisco Systems, Inc.*, Case No. 14-CV-03348-EMC. ECF No 12 at 1. Plaintiff contends that "[t]he patents-in-suit in the Current Litigation share a common specification with, and have claims amended from, the patents-in-suit in the prior litigation." *Id.* at 2. Nonetheless, Plaintiff failed to comply with Civil Local Rule 3-12(b), which states that Plaintiff must file an administrative motion to consider whether cases should be related "in the lowest-numbered case." Instead, Plaintiffs filed the motion to relate in the higher numbered case.

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is referred to Judge Chen for a determination of whether the case is related to *Cappella Photonic, Inc. v. Cisco Systems, Inc.*,

1
Case No. 20-CV-01858-LHK
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP

Case No. 14-CV-03348-EMC.

**IT IS SO ORDERED.**

Dated: April 1, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge