Cheryl S. Chang (SBN 237098)
BLANK ROME LLP
Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

David C. Radulescu (*pro hac vice pending*)
david@radip.com
Etai Lahav (*pro hac vice pending*)
etai@radip.com
Jonathan Auerbach (*pro hac vice pending*)
jonathan@radip.com
RADULESCU LLP
5 Penn Plaza, 19th Floor
New York, NY 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff In Case Sought To Be Related, Finisar Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br>           Plaintiff, <br><br> v. <br><br> CAPELLA PHOTONICS, INC., <br><br>           Defendant. | Case No. 3:20-CV-01858-EMC <br><br> **[PROPOSED] ORDER GRANTING FINISAR CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER THE CURRENT CASE SHOULD BE RELATED TO FINISAR CORP. V. CAPELLA PHOTONICS, INC. (NDCA-5-20-CV-07629-WHO)** |

Interested Party Finisar Corp. ("Finisar") filed an administrative motion to consider whether the above captioned case should be related ("Admin Motion") to *Finisar Corp. v. Capella Photonics, Inc.*, Case No. 5:20-cv-07629-WHO, which was filed on October 29, 2020 and is currently assigned to Judge William H. Orrick (the "Finisar-Capella DJ Action").

The Court, having read and considered Finisar's Admin Motion, and finding good cause therefore, hereby GRANTS the Motion and relates the Finisar-Capella DJ Action to the above captioned case.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Edward M. Chen
United States District Court for the Northern District of California