**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> CAPELLA PHOTONICS, INC., <br><br>          Defendant. | Case No. 3:20-cv-01858-EMC <br><br> **[PROPOSED] ORDER GRANTING RELIEF FROM ORDER** <br><br> Hearing Date: November 19, 2020 <br> Time:           1:30 pm <br> Courtroom:   5 (17th Floor) <br><br> Hon. Edward M. Chen |

Case No. 3:20-cv-01858-EMC

[Proposed] Order Granting Relief from Judgment or Order

     The Motion of Defendant Capella Photonics, Inc. for Leave to File a Motion For Reconsideration or, Alternatively, For Relief from Order came on regularly for hearing.  After consideration of the arguments in favor of and in opposition to the Motion, and good cause having been shown, the Motion is hereby GRANTED.  The August 21, 2020 Order (Dkt. 48) failed to consider material facts and dispositive legal arguments. Relief is warranted under Civil L.R. 7-9 and F.R.C.P. Rule (60)(b)(1) and (6) because the Order mistakenly assumed that all original claims corresponding with the claims in the Asserted Patents had been found by the Patent Trial and Appeal Board to be invalid and, based on the assumption, applied the preclusive effect of collateral estoppel to asserted claims whose corresponding claims were not previously found invalid.  Relief from the Order is therefore appropriate and GRANTED.  The Order shall not apply to the following claims in the Asserted Patents: claim 29 of U.S. Patent No. RE47,905 and claims 72, 85, 92, 100, 118, 125, 126, 127, 131, 138 of U.S. Patent No. RE47,906.

Dated:  November  23 , 2020

                                           Hon. Edward M. Chen
                                           United States District Judge